MT. OLIVET CEMETERY ASSOCIATION, Plaintiff in Error,
v. JOHN T. DALTON, Defendant in Error.

St. Louis Court of Appeals, March 21, 1893.

Witnesses: COSTS OF ATTENDANCE. A witness, who accepts service of
a subpœna, attends under process and not voluntarily, and is entitled
to his costs, including mileage.

*Error to the Hannibal Court of Common Pleas.*—HON.
F. L. SCHOFIELD, Special Judge.

AFFIRMED.

*J. L. RoBards* and *D. H. Eby*, for plaintiff in
error.

*Harrison & Mahan*, for defendant in error.

ROMBAUER, P. J.—The plaintiff in error complains
that the court erred in overruling its motion to strike
from the bill of costs in the case an item of $25, taxed
against it and in favor of one Anderson, a witness for
defendant.

It is not disputed that Anderson was a material
witness for the defendant in the case, and that he was
sworn and testified therein; nor is it claimed that the
amount taxed is excessive. The contention is that the
amount was illegally taxed, because the witness was not
compelled to attend under the command of a subpœna.
It appeared, on the hearing of the motion, that the
witness was a resident of Kansas City, and had there
accepted in writing the service of the subpœna, which
commanded him to appear in the Hannibal court of
common pleas.

It will be thus seen that the case is identical in all its features with the case of *Wilson v. Railroad, ante* p. 342. We there held that a witness, who accepts service of a subpœna, attends under process and not voluntarily, and is entitled to compensation and mileage. In conformity with that ruling, the judgment of the trial court upholding the costs taxed in favor of Anderson must be affirmed. All the judges concurring, it is affirmed.